# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131614

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOHNNY LEE HALL,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131614
COA: 269525
Ingham CC: 04-001475-FC

On order of the Court, the application for leave to appeal the June 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

s0918